UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | ) |
| BILLY RAY THOMPSON | ) |

DOCKET NO. 3.13mj 184

**ORDER**

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, supporting Affidavit, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation and ensure officer and witness safety until further Order of this Court,

IT IS HEREBY ORDERED that the Criminal Complaint, supporting Affidavit, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 20th day of June, 2013.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE